# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** } } } | |
| **Plaintiff,** } } | **Case No.:  CV 99-P-1691-NW** |
| v. } } | |
| **CITY OF SHEFFIELD, et al.,** } } | |
| **Defendants.** | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this      1st      day of February, 2005.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE